**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **EDWIN CHARLES SALTER,** | ) | |
| **ID # 1483156,** | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **No. 3:08-CV-0126-O** |
| | ) | **ECF** |
| **LUPE VALDEZ, Dallas County Sheriff,** | ) | |
| **Respondent.** | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On January 25, 2008, Petitioner Edwin Charles Salter filed his petition for writ of habeas corpus, in which he alleges due process violations resulting from an August 2007 disciplinary proceeding at the Dallas County Jail. On April 9, 2008, Magistrate Judge Ramirez recommended that the case be dismissed for want of prosecution. On April 22, 2008, Petitioner filed an objection to the magistrate's findings. On August 5, 2008, the District Court re-referred this matter to Magistrate Judge Ramirez to be considered in light of Petitioner's objections. On September 3, 2008, Judge Ramirez entered her findings and recommendation that this case be dismissed because petitioner has asserted no constitutional violation. No objections have been filed to this recommendation.

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the

Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED** on this **5**th day of **November, 2008.**

**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**